UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUAN ALBERTO ROCHA MARRERO,

    Petitioner,

-vs-                                        Case No.  8:12-cv-1040-T-30TBM

KENNETH S. TUCKER, SECRETARY,
DEPARTMENT OF CORRECTIONS,[1]

    Respondent.
_____/

## ORDER

Before the Court is Petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 ("petition") (Dkt. 1). Petitioner is a state prisoner incarcerated at Zephyrhills Correctional Institution, Zephyrhills, Florida.  Petitioner challenges an Immigration and Custom Enforcement ("ICE") detainer "on the ground that there is no repatriation agreement between the United States and the Republic of Cuba and Petitioner has conducted himself as a law abiding person in the Florida Department of Correctional [sic]." (Dkt. 1 at 3).

**UPON DUE CONSIDERATION**, it is **ORDERED AND ADJUDGED** that the petition (Dkt. 1) is **DISMISSED** for the same reasons as set forth in the order at docket 19

---

[1] Although Petitioner identifies the Secretary of the Department of Corrections as the Respondent, he does not challenge the lawfulness of his imprisonment with the Department of Corrections.  Rather, he challenges a detainer lodged against him by the Immigration and Custom Enforcement.

entered in case number 8:12-cv-316-T-33TBM dismissing Petitioner's nearly identical petition in that case. The Clerk is directed to **CLOSE** this case.

    **DONE** and **ORDERED** in Tampa, Florida on May 14, 2012.

                                          JAMES S. MOODY, JR.
                                          UNITED STATES DISTRICT JUDGE

SA: sfc
Copy to: Petitioner *pro se*